**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

STEVE G. RUTH                                                                                                 PLAINTIFF

V.                                                                                    CIVIL ACTION NO. 1:13-CV-00165-SA-DAS

EKA CHEMICALS, INC.                                                                                        DEFENDANT

## ORDER

Pursuant to a memorandum opinion issued this day, it is hereby ORDERED that:

(1)     Defendant's Motion to Strike Plaintiff's Response [45] is DENIED;

(2)     Defendant's Motion for Summary Judgment [32] is GRANTED; and

(3)     this case is CLOSED.

SO ORDERED, this 17th day of February, 2015.

                                                  **/s/ Sharion Aycock**
                                                  **UNITED STATES DISTRICT JUDGE**